STATE of Missouri, Respondent,

v.

Sean L. JONES, Appellant.

No. ED 102770

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: February 16, 2016

David Bruns, 225 S. Meramec, Ste 1100, Clayton, Missouri 63105, for Appellant.

Chris Koster, Nathan J. Aquino, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

*ORDER*

PER CURIAM

Sean Jones ("Defendant") appeals from his conviction following a jury trial finding him guilty of one count of assault in the second degree, in violation of Section 565.060, RSMo (Cum. Supp. 2013). Defendant was sentenced to a total of nine years in prison.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).